Isaac Goldberg, appellee, v. William M. Pearl, appellant. Gen. No. 7,002.

Action to recover possession of a theater building held by defend-

ant under a lease. Judgment for plaintiff. Appeal from the County Court of Lake county; the Hon. Perry L. Persons, Judge, presiding. Heard in this court at the October term, 1921. Reversed with finding of fact. Opinion filed February 23, 1922.

Cooke, Pope & Pope, for appellant. Ralph J. Dady and Eugene M. Runyard, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.